1
2
3
4
5
6
7
8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            *E-FILED - 1/19/12*

12            Plaintiff,                  CASE NO.: CR-11-00709-DLJ

13        v.                              **CLERK'S NOTICE OF CONTINUANCE**

14
     ROSA MARIA MARTINEZ,
15   DESIREE FLORES,
     JOSHUA MOORE, and
16   CALA REMICK,

17            Defendants.

18

19
          PLEASE TAKE NOTICE that the Sentencing Hearing in the above-entitled matter which
20
     was previously set for January 26, 2012, has been continued to **February 9, 2012 @ 9:00 a.m.**,
21
     before the Honorable D. Lowell Jensen.  Parties are to appear in courtroom #7, 4th floor of the U.S.
22
     Courthouse, 280 South First Street, San Jose, California.
23

24
     DATED:  January 19, 2012
25
                                          _____
26                                             JACKIE GARCIA
                                             Courtroom Deputy for
27                                           Honorable D. Lowell Jensen

28

1

2

Copy of Order E-Filed to Counsel of Record:

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28