1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS M. O'CONNELL (NYSBN 1501950)
   DANIEL R. KALEBA  (CABN 223789)
5  Assistant United States Attorney

6     150 Almaden Boulevard, Suite 900
      San Jose, CA 95113
7     Telephone: (408) 535-5061
      Fax:  (408) 535-5066
8     E-Mail:  daniel.kaleba@usdoj.gov

9  Attorneys for the United States of America

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE  DIVISION

13  UNITED STATES OF AMERICA,       )   Nos.  CR 11-00620 DLJ
                                    )         CR 11-00709 DLJ
14       Plaintiff,                 )
                                    )
15       v.                         )   STIPULATION AND []
                                    )   ORDER TO CONTINUE SENTENCING
16  ROSA MARIA MARTINEZ,            )   DATE
                                    )
17       Defendant.                 )
                                    )
18

19       Defendant Rosa Martinez is set to be sentenced on September 27, 2012.  The parties have

20  been advised by the Probation Office that its presentence investigation is ongoing.  The parties

21  jointly request additional time for sentencing to allow the necessary investigation by the defense

22  and the Probation Office to ensure the Court has information relevant to sentencing.

23  //
24  //
25  //
26  //
27  //
28  //

STIPULATION

Accordingly, the parties jointly stipulate and request the sentencing date be continued to October 18, 2012.

Dated: September 18, 2012            Respectfully submitted,

                                     MELINDA HAAG
                                     United States Attorney


                                     _____/s/_____
                                     DANIEL R. KALEBA
                                     Assistant United States Attorney


Dated: September 18, 2012            _____/s/_____
                                     BRUCE C. FUNK
                                     Attorney for Rosa Maria Martinez


Based on the above, and for good cause shown,

IT IS HEREBY ORDERED:

That the September 27, 2012 sentencing of the defendant is hereby continued to October 18, 2012.

Dated:  __JECÍ ĐFG_____            _____
                                     HON. D. LOWELL JENSEN
                                     United States District Judge

STIPULATION                          2